**CAREY EBERT, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court
Please notify the Court & this office of any changes made after filing to your account number, address, claim assignment, etc.

Check #.: **1172463**

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1710459 | 00000 | JOSHUA L. ABSHIER | | 0.00 | 1,027.14 | 0.00 | 1,027.14 |
| | | Original Check written to: | | | | | |
| | | JOSHUA L. ABSHIER | | | | | |
| | | 202 DAVID DRIVE | | | | | |
| | | BRIDGE CITY, TX, 77611 | | | | | |
| | | | TOTALS | 0.00 | 1,027.14 | 0.00 | 1,027.14 |